UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08CR4229-JLS |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOHN COTNER (4), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

__ a jury has been waived, and the Court has found the defendant not guilty; or

X   the Court has granted the parties joint request to dismiss all charges without prejudice.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 12, 2011

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE